Balade Your Way, Inc

| | Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | 9/4/2023 | 9/11/2023 | 9/18/2023 | 9/25/2023 | 10/2/2023 | 10/9/2023 | 10/16/2023 | 10/23/2023 | 10/30/2023 | 11/6/2023 | 11/13/2023 | 11/20/2023 | 11/27/2023 | Total |
| Income | | | | | | | | | | | | | | | |
| Restaurant | | 12,000.00 | 17,000.00 | 17,000.00 | 16,000.00 | 16,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 14,000.00 | 14,000.00 | 214,000.00 |
| Delivery Platforms | | 4,000.00 | 7,000.00 | 7,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 7,000.00 | 5,000.00 | 6,000.00 | 92,000.00 |
| Total Income | | 24,000.00 | 24,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 25,000.00 | 23,000.00 | 20,000.00 | 306,000.00 |
| Expenses | | | | | | | | | | | | | | | |
| COGS - Food & Beverages | | 3,000.00 | 5,500.00 | 5,000.00 | 4,500.00 | 5,000.00 | 4,500.00 | 5,600.00 | 5,500.00 | 5,400.00 | 5,500.00 | 5,300.00 | 5,200.00 | 5,400.00 | 65,400.00 |
| COGS - Kitchen & Restaurant Supplies | | 1,500.00 | 900.00 | 1,000.00 | 900.00 | 1,000.00 | 600.00 | 1,000.00 | 900.00 | 1,000.00 | 700.00 | 750.00 | 1,000.00 | 900.00 | 12,150.00 |
| Delivery Platform - Comm, Fees etc. | | 1,100.00 | 2,300.00 | 2,200.00 | 2,300.00 | 2,400.00 | 2,500.00 | 2,200.00 | 2,300.00 | 2,400.00 | 2,300.00 | 2,200.00 | 2,300.00 | 2,500.00 | 29,000.00 |
| Advertising etc. | | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 250.00 | 5,050.00 |
| Wages - Staff | | 4,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 5,000.00 | 92,000.00 |
| Wages - Owner | | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 49,999.95 |
| Rent | | 10,500.00 | - | - | - | 10,500.00 | - | - | - | - | 10,500.00 | - | - | - | 31,500.00 |
| Utilities - phone, electric, trash, pest control  etc. | | 4,470.00 | - | - | - | 4,470.00 | - | - | - | - | 4,470.00 | - | - | - | 13,410.00 |
| Linen/Uniforms | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,300.00 |
| Bank Charges | | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 390.00 |
| Professional Fees | | 450.00 | 450.00 | 450.00 | 1,350.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 6,750.00 |
| Sub Chapter V Trustee Fee | | 2,000.00 | - | - | - | 2,000.00 | - | - | - | - | 1,000.00 | - | - | - | 5,000.00 |
| SBA Loan Repayment | | 5,000.00 | - | - | - | 5,000.00 | - | - | - | - | 5,000.00 | - | - | - | 15,000.00 |
| Repairs & Maintenance | | 150.00 | 200.00 | 150.00 | 200.00 | 300.00 | 150.00 | 100.00 | 150.00 | 200.00 | 150.00 | 150.00 | 150.00 | 200.00 | 2,250.00 |
| Total Expenses | | 36,546.15 | 21,726.15 | 21,176.15 | 21,626.15 | 43,496.15 | 20,576.15 | 21,726.15 | 20,676.15 | 20,826.15 | 41,446.15 | 20,226.15 | 20,476.15 | 18,676.15 | 329,199.95 |
| Net Cash Flow | | (12,546.15) | 2,273.85 | 4,823.85 | 4,373.85 | (17,496.15) | 5,423.85 | 4,273.85 | 5,323.85 | 5,173.85 | (15,446.15) | 4,773.85 | 2,523.85 | 1,323.85 | (23,199.95) |
| **Aggregate Admin Debt** | | **(12,546.15)** | **(10,272.30)** | **(5,448.45)** | **(1,074.60)** | **(18,570.75)** | **(13,146.90)** | **(8,873.05)** | **(3,549.20)** | **1,624.65** | **(13,821.50)** | **(9,047.65)** | **(6,523.80)** | **(5,199.95)** | **(5,199.95)** |

Great Caterers LLC - DBA Balade

| | Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | 9/4/2023 | 9/11/2023 | 9/18/2023 | 9/25/2023 | 10/2/2023 | 10/9/2023 | 10/16/2023 | 10/23/2023 | 10/30/2023 | 11/6/2023 | 11/13/2023 | 11/20/2023 | 11/27/2023 | Total |
| Income | | | | | | | | | | | | | | | |
| Restaurant | | 19,000.00 | 20,000.00 | 22,000.00 | 20,000.00 | 23,000.00 | 24,000.00 | 26,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 24,000.00 | 23,000.00 | 22,000.00 | 298,000.00 |
| Delivery Platforms | | 9,500.00 | 9,800.00 | 9,600.00 | 8,800.00 | 9,000.00 | 8,000.00 | 9,000.00 | 9,000.00 | 8,000.00 | 8,000.00 | 8,500.00 | 8,800.00 | 8,900.00 | 114,900.00 |
| Total Income | | 28,500.00 | 29,800.00 | 31,600.00 | 28,800.00 | 32,000.00 | 32,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 32,500.00 | 31,800.00 | 30,900.00 | 412,900.00 |
| Expenses | | | | | | | | | | | | | | | |
| COGS - Food | | 5,600.00 | 5,500.00 | 5,600.00 | 5,500.00 | 5,600.00 | 5,700.00 | 5,600.00 | 5,500.00 | 5,400.00 | 5,500.00 | 5,300.00 | 5,200.00 | 5,400.00 | 71,400.00 |
| COGS - Beer, Wine, Water | | 1,000.00 | 400.00 | 700.00 | 2,000.00 | 300.00 | 2,000.00 | 700.00 | 300.00 | 2,000.00 | 1,000.00 | 500.00 | 800.00 | 1,000.00 | 12,700.00 |
| COGS - Kitchen & Restaurant Supplies | | 600.00 | 700.00 | 600.00 | 800.00 | 1,000.00 | 600.00 | 400.00 | 1,000.00 | 600.00 | 700.00 | 800.00 | 1,000.00 | 900.00 | 9,700.00 |
| Delivery Platform - Comm, Fees etc | | 800.00 | 900.00 | 750.00 | 1,000.00 | 800.00 | 900.00 | 1,000.00 | 800.00 | 900.00 | 1,000.00 | 900.00 | 800.00 | 1,000.00 | 11,550.00 |
| Advertising etc | | 2,000.00 | - | - | 2,000.00 | - | - | 2,000.00 | - | - | 2,000.00 | - | - | 2,000.00 | 10,000.00 |
| Wages - Staff | | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | 132,600.00 |
| Wages - Owner | | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 3,846.15 | 49,999.95 |
| Rent | | 15,192.50 | - | - | - | 15,192.50 | - | - | - | - | 15,192.50 | - | - | - | 45,577.50 |
| Utilities - phone, electric, trash, pest control etc | | 5,160.00 | - | - | - | 6,200.00 | - | - | - | - | 6,300.00 | - | - | - | 17,660.00 |
| Linen/Uniforms | | 560.00 | 560.00 | 560.00 | 600.00 | 560.00 | 560.00 | 560.00 | 560.00 | 560.00 | 600.00 | 600.00 | 600.00 | 600.00 | 7,480.00 |
| Bank Charges | | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 390.00 |
| Professional Fees | | 350.00 | 350.00 | 350.00 | 1,250.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 5,450.00 |
| Sub Chapter V Trustee's Fee | | 2,000.00 | - | - | - | 2,000.00 | - | - | - | - | 1,000.00 | - | - | - | 5,000.00 |
| SBA Loan Repayment | | 5,000.00 | - | - | - | 5,000.00 | - | - | - | - | 5,000.00 | - | - | - | 15,000.00 |
| NYS Tax | | | | | | 2,000.00 | | | | | 2,000.00 | | | | 4,000.00 |
| Repairs & Maintenance | | 500.00 | 500.00 | 500.00 | 400.00 | 500.00 | 400.00 | 500.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 5,700.00 |
| Total Expenses | | 52,838.65 | 22,986.15 | 23,136.15 | 27,626.15 | 53,578.65 | 24,586.15 | 25,186.15 | 22,986.15 | 24,286.15 | 55,118.65 | 22,926.15 | 23,226.15 | 25,726.15 | 404,207.45 |
| Net Cash Flow | | (24,338.65) | 6,813.85 | 8,463.85 | 1,173.85 | (21,578.65) | 7,413.85 | 7,813.85 | 10,013.85 | 8,713.85 | (22,118.65) | 9,573.85 | 8,573.85 | 5,173.85 | 8,692.55 |
| **Aggregate Admin Debt** | | **(24,338.65)** | **(17,524.80)** | **(9,060.95)** | **(7,887.10)** | **(29,465.75)** | **(22,051.90)** | **(14,238.05)** | **(4,224.20)** | **4,489.65** | **(17,629.00)** | **(8,055.15)** | **518.70** | **5,692.55** | **5,692.55** |