| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Great Caterers LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **23-11383** |

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **D/E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 30, 2023**     X **/s/ Roland Semaan**
Signature of individual signing on behalf of debtor

**Roland Semaan**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **Great Caterers LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): **23-11383**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Balboa Capital**<br>Creditor's Name<br>**575 Anton Boulevard, 12th Floor**<br>**Costa Mesa, CA 92626**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $62,452.78 | $0.00 |
| **2.2** **FC Marketplace, LLC**<br>Creditor's Name<br>**747 Front Street**<br>**Floor 4`**<br>**San Francisco, CA 94111**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $0.00 | $0.00 |

| Debtor | Great Caterers LLC | Case number (if known) | 23-11383 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

**2.3** **Funding Circle**
Creditor's Name

**707 17th Street, Suite 2200**
**Denver, CO 80202**
Creditor's mailing address

Describe debtor's property that is subject to a lien          $62,824.03          $0.00

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.4** **National Funding Inc.**
Creditor's Name

**9530 Towne Centre Drive**
**San Diego, CA 92121**
Creditor's mailing address

Describe debtor's property that is subject to a lien          $83,653.36          $0.00

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.5** **New York State Dept. of Taxation & Finan**
Creditor's Name

**Attn: Enid Nagler Stuart**
**Office of the New York**
**State Attorney**
**28 Liberty Street, 17th Floor**
**New York, NY 10005-1002**
Creditor's mailing address

Describe debtor's property that is subject to a lien          $235,337.07          $0.00

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

| Debtor | **Great Caterers LLC** | Case number (if known) | **23-11383** |
|---|---|---|---|
| | Name | | |

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **United States S.B.A.** | Describe debtor's property that is subject to a lien | $2,004,947.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**409 3rd St., SW**
**Washington, DC 20416**
Creditor's mailing address

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $2,449,214.24

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **Great Caterers LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **23-11383**

☒ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**NYS Department of Labor**<br>**Insolvency Unit**<br>**Building 12, Room 256**<br>**W.A. Harriman State Campus**<br>**Albany, NY 12240**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Fine**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $3,200.00 | $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     |     | Amount of claim |
|-----|-----|-----|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AMEX**<br>**P.O. Box 7871**<br>**Fort Lauderdale, FL 33329**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Delta Platinum Card**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**P.O. Box 53132**<br>**Phoenix, AZ 85072-3132**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $10,672.81 |

| Debtor | Great Caterers LLC | Case number (if known) | 23-11383 |
|---|---|---|---|
| | Name | | |

---

**3.3** **Nonpriority creditor's name and mailing address**
Baroody Imports, Inc.
1500 B Main Avenue
Clifton, NJ 07011

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,763.05**

---

**3.4** **Nonpriority creditor's name and mailing address**
Capital One
P.O. Box 85522
Richmond, VA 23285-5522

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$22,857.88**

---

**3.5** **Nonpriority creditor's name and mailing address**
Capital One
P.O. Box 85522
Richmond, VA 23285-5522

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Spark Business 1536

Is the claim subject to offset? ■ No  ☐ Yes

**$15.99**

---

**3.6** **Nonpriority creditor's name and mailing address**
Capital One
P.O. Box 85522
Richmond, VA 23285-5522

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Spark Business 7553

Is the claim subject to offset? ■ No  ☐ Yes

**$2,745.98**

---

**3.7** **Nonpriority creditor's name and mailing address**
Centennial Properties NY, Inc.
740 Broadway
New York, NY 10003

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$22,798.19**

---

**3.8** **Nonpriority creditor's name and mailing address**
Chase Bank
PO BOX 52197
Phoenix, AZ 85072

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 4155

Is the claim subject to offset? ■ No  ☐ Yes

**$893.09**

---

**3.9** **Nonpriority creditor's name and mailing address**
Chase Bank
PO BOX 52197
Phoenix, AZ 85072

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 9265

Is the claim subject to offset? ■ No  ☐ Yes

**$3,742.09**

---

| Debtor | Great Caterers LLC | Case number (if known) | 23-11383 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Cozzini Bros, Inc.**<br>**350 Howard Avenue**<br>**Des Plaines, IL 60018**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $68.60 |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**D Best Delivery, Inc.**<br>**4340 57th Avenue**<br>**Maspeth, NY 11378**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,848.18 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Daily Pita**<br>**166 Ludlow Street**<br>**Yonkers, NY 10705**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $288.07 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Fadaro Foods Corporation**<br>**590 Hunts Point Avenue**<br>**Bronx, NY 10474**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,027.50 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Fast Linen Service, Inc.**<br>**945 Nepperham Avenue**<br>**Yonkers, NY 10703**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $549.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Fast Linen Services, Inc.**<br>**945 Nepperhan Avenue**<br>**Yonkers, NY 10703**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $953.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Harlem Enterprenurial Fund**<br>**361 W 125th St. 2nd floor**<br>**New York, NY 10027**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $242,177.40 |

| Debtor | Great Caterers LLC | Case number (if known) | 23-11383 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Imperial Dade<br>255 US-1 & 9<br>Jersey City, NJ 07306<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,439.15 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Liberty Ashes Inc.<br>94-02 150th Street<br>Jamaica, NY 11435<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,063.17 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Macintosh Electric<br>595 Nepperhan Avenue<br>Yonkers, NY 10703<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,117.75 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>New York State Dept. of Taxation & Finan<br>Attn: Office of Counsel<br>Building 9<br>W.A. Harriman State Campus<br>Albany, NY 12227-1002<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Sales Tax Audit<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $234,134.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>North American Meats & More<br>P.O. Box 540<br>Atlantic Highlands, NJ 07716<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $689.78 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>OpenTable, Inc.<br>29109 Network Place<br>Chicago, IL 60673<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,195.10 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Opici Family Distributing NY<br>925 Westchester Avenue<br>Suite LL03<br>West Harrison, NY 10604<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $336.75 |

| Debtor | Great Caterers LLC | Case number (if known) | 23-11383 |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Queens Prime Meat, Inc.<br>23-62 Steinway Street<br>Astoria, NY 11105<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,181.07 |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Reliable Fire Protection<br>1340 B Campus Parkway, Suite 4<br>Neptune, NJ 07753<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $716.44 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>The Beer Castle<br>854 Ralph Avenue<br>Brooklyn, NY 11236<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $397.90 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Vos Selections<br>555 Eighth Avenue<br>Suite 1209<br>New York, NY 10018<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $210.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Winebow<br>31 W. 27th st<br>New York, NY 10001<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $560.00 |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,200.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 566,441.94 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ 569,641.94 |