

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605

TEL: (914) 381-7400
WWW.DHCLEGAL.COM

FIRM OFFICES

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY 10158
(212) 557-7200

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WRITER'S DIRECT: 646-428-3124
E-MAIL: JSP@DHCLEGAL.COM

August 26, 2024

Hon. David S. Jones
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**Re: Balade Your Way, Inc. Et Al – Lead Case No. 23-11384-DJS
Post-Confirmation/Subchapter V Proceeding**

Honorable Judge:

I respectfully submit this letter in response to your Honor's Order Regarding Form of Order Implementing Court's Oral Ruling of August 20, 2024. The Debtor submits that the proposed form of dismissal order attached to your Honor's order requires further revision for the following reasons:

First, the Debtors believe that the following additional language contained in the recital provisions on page 2 of the proposed dismissal order is not accurate, in that the Debtor, albeit informally, disputed the allegations of fraud:

at which no evidence was presented and at which the Court did not make factual findings but in which the Court noted **without challenge by any party** that the conduct inquired into sounded in fraud and the relief sought was not opposed by Debtor or any other party

Hon. David S. Jones
August 26, 2024
Page 2

Accordingly, the Debtors request that the provision be slightly amended to read as follows (revision in **bold**):

at which no evidence was presented and at which the Court did not make factual findings but in which the Court noted **subject to dispute and without admission by the Debtors** any party that the conduct inquired into sounded in fraud and the relief sought was not opposed by Debtor or any other party.

      Second, the Debtors continue to object to the reference in the fourth decretal paragraph of the proposed dismissal order to Section 1144. The parties specifically negotiated that the cause of revocation would be under Federal Rule 60(b) as the cause for revoking the order of confirmation. Any specific reference to Section 1144 in the order could be highly prejudicial to the Debtors. Accordingly, the Debtor request that the reference be struck.

      Third, the Debtors request, in light of the implicit language contained throughout the order, that an additional decretal paragraph be added as follows:

Nothing contained in this Order shall be deemed an admission of fraud, wrongdoing or liability of the Debtors or their principals.

      Thank you for your consideration of this matter.

Respectfully,

*/s/ Jonathan S. Pasternak*
Jonathan S. Pasternak

JSP/

cc: Andrea Schwartz, Esq.
    Ilan Stein, Esq.
    Heide Sorvino, Esq.