UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                               Chapter 11

BALADE YOUR WAY, INC., *et al.*,[1]                 Case No. 23-11384 (DSJ)

                                                    (Jointly Administered)

                               Debtors.
------------------------------------------------------------X

**CONSENT ORDER (I) REVOKING ORDER CONFIRMING DEBTORS' AMENDED
JOINT PLAN OF REORGANIZATION, (II) DISMISSING DEBTORS'
CHAPTER 11 CASES WITH PREJUDICE, AND (III) IMPOSING
A 12-MONTH BAN ON REFILING FOR EACH DEBTOR**

**UPON** the *Amended Joint Subchapter V Plan of Reorganization* [ECF No. 62] of Balade Your Way, Inc. and Great Caterers, LLC (each a "Debtor," and collectively, the "Debtors"); and upon the Court's *Order Confirming Debtors' Amended Joint Chapter 11 Small Business Plan of Reorganization Pursuant to 11 U.S.C. Section 1191* (the "Confirmation Order") [ECF No. 70]; and upon the letters of the United States Trustee ("U.S. Trustee") to the Honorable David S. Jones dated May 3, 2024, and May 28, 2024 (collectively, the "U.S. Trustee Letters") [ECF Nos. 73 and 78], expressing the U.S. Trustee's concerns regarding the Debtors' use of proceeds from Economic Injury Disaster Loans (collectively, the "EIDL Loans") granted by the Small Business Administration (the "SBA") and concerning the validity of the confirmation given newly discovered evidence concerning Debtors' use of the EIDL Loans; and the Court having entered orders that, among other things, required the Debtors to produce documents and authorized the U.S. Trustee and the U.S. Attorney for the Southern District of New York ("U.S. Attorney") to take the depositions of the Debtors' accountant, Lee Klinger ("Klinger") and the Debtors' principal, Roland Semaan [ECF Nos. 79 and 81]; and based upon the newly discovered evidence

---

[1] Jointly administered with Great Caterers LLC (Tax ID: **-*** 8508), Case No. 23-11383.

adduced from the U.S. Trustee's and U.S. Attorney's review of the documents produced and the Klinger deposition, portions of whose testimony the Debtors dispute; and the U.S. Trustee and the U.S. Attorney (the "Offices") believing that the Confirmation Order should be revoked, and the cases dismissed with prejudice with a 12-month refiling bar for each Debtor, based upon conduct that the Offices contend constitutes fraud sufficient to justify a revocation of confirmation with Debtors not choosing to contest the Offices' request for an order revoking confirmation and dismissing the cases; and the Debtors having consented to the relief set forth herein; and notice of a prior version of this proposed order (the "Proposed Order") having been filed and no objections having initially been raised**;** and upon a further hearing on August 26 after which Debtors' counsel conveyed consent to entry of the relief provided herein with one wording modification that has been implemented in this Order; and the Court having conducted a hearing on August 20, 2024, to consider entry of the Proposed Order, at which no evidence was presented and at which the Court did not make factual findings, and in which the relief sought was not opposed by Debtors or any other party; and the Court having considered the statements of all parties at the several prior conferences that the Court has held regarding this matter; and upon due consideration for reasons stated on the record in an oral ruling on August 20**, 2024,** and during a continued hearing on August 26**, 2024,** which are incorporated herein**; and** the Court having determined that revocation of the Confirmation Order, **and** dismissal of these cases with prejudice with a 12-month refiling bar imposed upon each Debtor is appropriate; it is hereby [**DSJ 8/27/2024**]

**ORDERED**, that, pursuant to Federal Rule of Bankruptcy Procedure 9024 and Federal Rule of Civil Procedure 60(b)(2) and (6), the Confirmation Order is hereby revoked; and it is further

2

**ORDERED**, that each of the Debtors' chapter 11 cases is hereby respectively dismissed with prejudice; and it is further

**ORDERED,** that the Debtors are hereby barred from refiling for bankruptcy in this or any other district within the United States for a period of one (1) year from the date of entry of this Order; and it is further

**ORDERED**, that in keeping with 11 U.S.C. § 1144(1), the revocation of the Confirmation Order is without prejudice to the rights of any nondebtor entity that asserts it acquired rights in good faith reliance on the Confirmation Order, to move for appropriate relief from the Court upon notice to the Debtors and all other interested parties; and it is further

**ORDERED,** that dismissal of this case is contingent upon the Debtors' payment of fees awarded to the Subchapter V trustee; and it is further

**ORDERED**, that the Debtors shall file and serve upon the U.S. Trustee within three (3) weeks of the date of this Order, the monthly operating report for March 2024 and the post-confirmation quarterly reports for the 2nd and 3rd fiscal quarters of 2024, up to and including the date of this Order; and it is further

**ORDERED,** that nothing in this Order shall adversely affect the rights of any parties in connection with the Debtors and these Chapter 11 cases; and it is further

**ORDERED**, that the Court reserves jurisdiction to consider the final applications for compensation filed by Klinger & Klinger LLP, the court-appointed accountants for the Debtors, and Heidi J. Sorvino, Esq., the Subchapter V Trustee, **and** that the Court reserves jurisdiction to enforce, interpret and implement this Order; and it is further [**DSJ 8/27/2024**]

**ORDERED**, that subject to the filing of any reports that the Subchapter V trustee is

required to file, the Subchapter V trustee is hereby discharged of her duties; and it is further

**ORDERED, that a copy of this Order shall be served by first class mail upon the Debtors, the Subchapter V Trustee, and all creditors within three (3) days of the date of this Order.** [DSJ 8/27/2024]

Dated: New York, New York
      August 27, 2024

                                        *s/ David S. Jones*
                                      HONORABLE DAVID S. JONES
                                      UNITED STATES BANKRUPTCY JUDGE